THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN WHITWELL and | § | |
| PAMELA WHITWELL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-746 |
| | § | |
| ASI LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Steven Whitwell and Pamela Whitwell ("Plaintiffs") and Defendant ASI Lloyds ("Defendant") file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiffs and Defendant have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiffs and Defendant do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same

Respectfully submitted,


By:____/s/ Andrew A. Howell_____
    Todd M. Tippett
    State Bar No. 24046977
    TTippett@zelle.com
    LEAD ATTORNEY

    Andrew A. Howell
    State Bar No. 24072818
    AHowell@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANT
ASI LLOYDS**

    - and –


By:____/s/ Jesse S. Corona_____
    Jesse S. Corona
    Texas Bar No. 24082184
    jesse@thecoronalawfirm.com

**THE CORONA LAW FIRM, PLLC**
2611 Cypress Creek Parkway, Suite H-200
Houston, Texas 77068
Telephone: (281) 882-3531
Facsimile: (713) 678-0613

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Joint Motion to Dismiss with Prejudice has been served on all the following counsel of record by electronic filing pursuant to the FEDERAL RULES OF CIVIL PROCEDURE on this 8th day of June 2016:

Jesse S. Corona
State Bar No. 24082184
Jesse@theCoronaLawfirm.com
**THE CORONA LAW FIRM, PLLC**
2611 Cypress Creek Parkway, Suite H-200
Houston, Texas 77068
(281) 882-3531 – phone
(713) 678-0613 – fax

**ATTORNEY FOR PLAINTIFF
NING SU**

_/s/ Andrew A. Howell_
Andrew A. Howell