THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN WHITWELL and PAMELA WHITWELL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-746 |
| ASI LLOYDS, | § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Steven Whitwell and Pamela Whitwell and Defendant ASI Lloyds move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

**SIGNED** this 9th day of June, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE